CALVIN C. BURT v. GRAND LODGE OF FREE AND ACCEPTED MASONS.

*Masonic lodge—Re-instatement of members.*

A motion for an order to show cause why mandamus should not issue to compel the re-instatement of relator in a Masonic Lodge from which he had been expelled was *refused* where he had previously appealed for redress to the tribunal established by the society for hearing such complaints and the expulsion had been confirmed.

Motion for order to show cause.   Submitted and denied June 15.

*Calvin C. Burt* in person for the motion.